# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0604
_____

JERMONTY CURTIS KIMBROUGH,

Appellant,

v.

STATE OF FLORIDA, DEPARTMENT OF REVENUE, CHILD SUPPORT PROGRAM, and TANESHIA NICOLE UNDERDUE,

Appellees.

_____

On appeal from the Division of Administrative Hearings.
Robert L. Kilbride, Administrative Law Judge.

October 10, 2025

PER CURIAM.

AFFIRMED.

RAY, NORDBY, and TANENBAUM, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____


Jermonty Curtis Kimbrough, pro se, Appellant.

Sarah C. Prieto, Assistant Attorney General, for Appellee Department of Revenue.

No appearance for Appellee Taneshia Nicole Underdue.